Rel: January 19, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0093

The City of Birmingham and David Michael Cayce v. Luis Monroy-Catalan (Appeal from Jefferson Circuit Court: CV-21-902477).

WISE, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(A), Ala. R. App. P.

Parker, C.J., and Shaw, Mendheim, Stewart, Mitchell, and Cook, JJ., concur.

Bryan and Sellers, JJ., dissent.